FILED

08/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0226

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0226

IN THE MATTER OF:

J.R.,

    A Youth Under the Age of Eighteen.

## GRANT OF EXTENSION

    Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including September 26, 2023, within which to prepare, file, and serve the State's response brief.

**CH**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 24 2023